# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Bank of America, N.A.,

      Plaintiff,                                 Civil 10-978 (RHK/FLN)

vs.                                   **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Scott Rudd, Marilyn Rudd.,

      Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 30, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge